IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE EDWARD COLES,** | CIV S-08-2134 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including February 12, 2009.

DATED: January 14, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole2134.111rp