IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE EDWARD COLES,

    Petitioner,                  No. CIV S-08-2134 LKK DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2007 judgment of conviction entered in the Sacramento County Superior Court.

        On November 11, 2009, the assigned district judge in this case granted petitioner's motion for a stay and abeyance, stayed this action, and ordered petitioner to file and serve a status report in this case on the first court day of each month. Petitioner has twice failed to timely file a status report.

        Good cause appearing, IT IS HEREBY ORDERED that within fifteen days of the date of this order, petitioner shall file and serve a status report explaining the status of his exhaustion petition pending before the California Supreme Court and shall show cause in writing

/////

1

1 why sanctions should not be imposed for his failure to timely file and serve previous status
2 reports in accordance with the court's order.
3 DATED: January 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cole2134.sr

2