IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE EDWARD COLES,

        Petitioner,        No. CIV S-08-2134 LKK DAD P

    vs.

D.K. SISTO, Warden,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2007 judgment of conviction entered in the Sacramento County Superior Court. This action is currently stayed.

        On January 29, 2010, the court issued an order to show cause requiring petitioner to file and serve a status report regarding his exhaustion petition and to show cause in writing why sanctions should not be imposed for his failure to timely file and serve two previous status reports. Petitioner has since filed a status report and a response to the court's order to show cause. In the interest of justice, the court will discharge its order to show cause. However, petitioner is reminded that he is required to file and serve a status report in this case on the first court day of each month until the California Supreme Court issues a final order on his exhaustion petition.

1

In accordance with the above, IT IS HEREBY ORDERED that the court's January 29, 2010 order to show cause is discharged.

DATED: February 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cole2134.dch